ELIZABETH M. DEANE, ESQ.
Nevada State Bar No. 13600
KRISTINA MILETOVIC, ESQ.
Nevada State Bar No. 14089
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:   (702) 258-6665
FACSIMILE:    (702) 258-6662
edeane@bremerwhyte.com
kmiletovic@bremerwhyte.com

Attorneys for Defendants,
ROBERTO A. VALLADARES RENTERIA &
RENTERIA BROS TRANSPORTS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS RICHARD MADOUSE an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTO A. VALLADARES RENTERIA an Individual; DOES 1 through 100; RENTERIA BROS TRANSPORTS, a Foreign Corporation; DOES 1 through 100,<br><br>Defendants. | Case No. 2:25-cv-00915-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff NICHOLAS RICHARD MADOUSE, by and through his attorneys of record, Tristan F. Rivera, Esq. of Rivera Law Group, and Defendants ROBERTO A. VALLADARES RENTERIA AND RENTERIA BROS TRANSPORTS, by and through their attorneys of record, Elizabeth M. Deane, Esq. and Kristina Miletovic, Esq. of Bremer Whyte Brown and O'Meara LLP, hereby stipulate as follows:

IT IS HEREBY STIPULATED that all of Plaintiff's claims against Defendants ROBERTO A. VALLADARES RENTERIA and RENTERIA BROS TRANSPORTS as set forth in the Complaint filed in District Court Case 2:25-cv-00915-RFB-BNW,

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

are hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS FURTHER STIPULATED that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

Dated: February 4, 2026                          Dated: February 4, 2026

RIVERA LAW GROUP                          BREMER WHYTE BROWN &
                                         O'MEARA LLP

 */s/ Tristan F. Rivera*                    */s/ Kristina Miletovic*
Tristan F. Rivera, Esq.                  Kristina Miletovic, Esq.
Nevada Bar No.: 12481                    Nevada Bar No.: 14089
Attorneys for Plaintiff                  Attorneys for Defendants
NICHOLAS RICHARD MADOUSE                  ROBERTO A. VALLADARES
                                         RENTERIA and RENTERIA BROS
                                         TRANSPORTS

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims against Defendants ROBERTO A. VALLADARES RENTERIA and RENTERIA BROS TRANSPORTS as set forth in the Complaint filed in District Court Case 2:25-cv-00915-RFB-BNW, are hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1637.001 4914-1394-1899.1